UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMIL GULMANN SHIHAB, p/k/a JAMIL GS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CMI MARKETING, INC., doing business as "Cafe Media" and "Outsons," a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Civil Action No. 1:22-cv-04107-JMF<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

1

2

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Jamil Gulmann Shihab, p/k/a Jamil GS, by and through his undersigned attorneys, hereby dismisses this action in its entirety pursuant to Fed. R. Civ. §41(a)(1)(A)(i), without prejudice, and with each side bearing its own costs and attorneys' fees.

Dated:   New York, New York
         June 23, 2022

Respectfully submitted,

By: _____
Scott Alan Burroughs, Esq.
Laura M. Zaharia, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com
lzaharia@donigerlawfirm.com
*Attorneys for Plaintiff*

SO ORDERED.

June 24, 2022